UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20675-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**GALIA FERNANDEZ**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Berry L. Garber's Report and Recommendation on the CJA Voucher submitted by attorney Allen S. Kaufman ("Report"), entered on January 13, 2016 [ECF No. 745]. Attorney, Allen S. Kaufman has advised he has no objection (*see* [ECF No. 746]). Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 745]** is **AFFIRMED AND ADOPTED**. The Court finds that the total amount of $29,765.23 is necessary and reasonable to appropriately compensate Mr. Kaufman for time and effort expanded in his defense of the Defendant.

**DONE AND ORDERED** in Miami, Florida, this 21st day of January, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record